**Darrell J. ALEXANDER,**
**Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 97492.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 4, 2012.

Maleaner Harvey, St. Louis, MO, for appellant.

Chris Koster, Jennifer A. Wideman, Jefferson City, MO, for respondent.

Before: GARY M. GAERTNER, JR., C.J., MARY K. HOFF, J., and ROBERT M. CLAYTON III, J.

***ORDER***

PER CURIAM.

Movant, Darrell J. Alexander, appeals from the judgment denying his Rule 29.15 motion without an evidentiary hearing. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. We affirm the judgment in accordance with Rule 84.16(b).